**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7626**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

LEON MCCOLLUM, a/k/a Leon McCullough, a/k/a Black,

                Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  R. Bryan Harwell, District Judge.
(4:06-cr-00082-RBH-1)

Submitted:  January 14, 2010     Decided:  January 21, 2010

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Leon McCollum, Appellant Pro Se.  Rose Mary Sheppard Parham,
Assistant United States Attorney, Florence, South Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leon McCollum appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. McCollum, No. 4:06-cr-00082-RBH-1 (D.S.C. filed Aug. 11, 2009, entered Aug. 12, 2009). McCollum's challenge to the career offender enhancement cannot be addressed in a § 3582 motion. See United States v. Dunphy, 551 F.3d 247, 251-53 (4th Cir.) (holding that "proceedings under § 3582(c) do not constitute a full resentencing"), cert. denied, 129 S. Ct. 240 (2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED